**Dismissed and Memorandum Opinion filed June 13, 2013.**



In The

# Fourteenth Court of Appeals

NO. 14-13-00473-CR

**JAVIER ALEJANDRO LOSOYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1155961**

## M E M O R A N D U M   O P I N I O N

After a plea of guilty, the trial court deferred adjudication of guilt and assessed five years' deferred adjudication probation on May 1, 2008. Appellant's notice of appeal was not filed until May 13, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). If an appeal is not timely perfected, a court of appeals does not

obtain jurisdiction to address the merits of the appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).